UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
EDGEWOOD PARTNERS INSURANCE CENTER,
INC. d/b/a EDGEWOOD PARTNERS INSURANCE
AGENCY, as successor in interest to INTEGRO USA,
INC.,                                                                              22-CV-06957 (VF)

                                       Plaintiff,                                       **ORDER**

           -against-

PPD DEVELOPMENT, L.P.,

                                       Defendant.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        For the reasons stated at the initial case management conference held before this Court on November 22, 2022, all discovery deadlines are hereby stayed pending the outcome of Defendant's Motion for Summary Judgment (ECF No. 24). The parties are directed to submit a revised case management plan within one week following entry of a decision on the summary judgment motion.

        **SO ORDERED.**

DATED:    New York, New York
                November 22, 2022

                                                                   _____
                                                                  VALERIE FIGUEREDO
                                                                  United States Magistrate Judge