**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------X
EDGEWOOD PARTNERS INSURANCE CENTER,
INC. d/b/a EDGEWOOD PARTNERS INSURANCE
AGENCY, as successor in interest to INTEGRO USA,
INC.,

                                   **22-CV-06957 (VF)**

                      Plaintiff,                         **ORDER**

        -against-

PPD DEVELOPMENT, L.P.,

                      Defendant.
---------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

On November 15, 2022, Defendant filed a Motion for Summary Judgment (ECF Nos. 24-25) and an accompanying letter motion seeking to seal/redact certain information and exhibits submitted in support of the motion (see ECF No. 23). The information that was redacted concerned discussions of the parties' consulting agreement and "fee calculation information." Plaintiff requests that such information be sealed. See ECF No. 30. Having reviewed the parties' letters, the motion to seal at ECF No. 23 is **GRANTED.**

Plaintiff represents that information submitted under seal, including the parties' consulting agreement and "fee calculation information," is "confidential, proprietary business information," the disclosure of which would "create[] a significant risk of competitive harm." ECF No. 30 at 2-3. Courts in this District routinely permit parties to seal or redact commercially sensitive information in order to protect confidential business interests and financial information. See, e.g., Rubik's Brand Ltd. v. Flambeau, Inc., No. 17-CV-6559 (PGG) (KHP), 2021 WL 1085338, at *1 (S.D.N.Y. Mar. 22, 2021); Gracyzk v. Verizon Commc'ns, Inc., No. 18-CV-6465 (PGG), 2020 WL 1435031, at *8-9 (S.D.N.Y. Mar. 24, 2020) (citing cases).

Plaintiff seeks to redact commercially sensitive business information and its interest in maintaining that information confidential outweighs the public's interest in the sealed material. As such, based on the standard set forth by the Second Circuit in <u>Lugosch v. Pyramid Co.</u>, 435 F.3d 110 (2d Cir. 2006), the motion to seal is **GRANTED**. The Clerk of Court is directed to terminate the motion at ECF No. 23.

       **SO ORDERED.**

DATED:     New York, New York
             November 22, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge