IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDGEWOOD PARTNERS INSURANCE CENTER INC. d/b/a EDGEWOOD PARTNERS INSURANCE AGENCY, as successor in interest to INTEGRO USA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PPD DEVELOPMENT, L.P.,<br><br>Defendant. | Civil No. 22-cv-6957 |

**ORDER GRANTING SUBSTITUTION OF COUNSEL**

Notice is hereby given that, subject to the approval of the Court, Defendant PPD Development, L.P. substitutes Shapiro Arato Bach LLP as counsel of record in place of Holwell Shuster & Goldberg LLP, which shall have no further responsibility as counsel for PPD Development, L.P.

Contact information for new counsel is as follows:

Julian S. Brod
Shapiro Arato Bach LLP
1140 Avenue of the Americas,
17th Floor,
New York, NY 10036
(212) 257-4889
jbrod@shapiroarato.com

Dated: December 13, 2024

I consent to the above substitution:

*Richard Whitlow* (DocuSigned)
_____
PPD Development, L.P., by Richard Whitlow

I consent to being substituted:

*[signature]*

Avi Israeli
Daniel P. Goldberg
Holwell Shuster & Goldberg LLP
425 Lexington Avenue
New York, NY 10017
(646) 837-5157
aisraeli@hsgllp.com

I consent to the above substitution:

*[signature]*

Julian S. Brod
Shapiro Arato Bach LLP
1140 Avenue of the Americas, 17th Fl.
New York, NY 10036
(212) 257-4889
jbrod@shapiroarato.com

The substitution of counsel is hereby approved and so ORDERED.

Date: 12/17/24

*[signature]*

The Honorable Valerie Figueredo
United States District Judge