

**Stone & Bellus, P.C.**
ATTORNEYS AT LAW

John E. Bellus Jr., Esq.
john@stonebellus.com

July 17, 2025

Honorable Judge Valerie Figueredo
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

    RE:    <u>Edgewood Partners Insurance Center, Inc. v. PPD Development, L.P.</u>,
              Civil Action No. 1:22-cv-06957-VF

Dear Judge Figueredo,

    Plaintiff Edgewood Partners Insurance Center, Inc. ("EPIC") respectfully submits this letter to update the Court regarding the discovery dispute referenced in EPIC's letter motion dated June 25, 2025 [Doc 94] and Defendant PPD Development, L.P.'s ("PPD") response, dated June 30, 2025 [Doc. 95]. Since the filing of those letters, PPD has produced the emails identified as Plog ID 13-26 to EPIC, which constitute all of the documents that were addressed in EPIC's letter motion. Because the documents have been produced, the parties respectfully request that the conference set for August 13, 2025, by the Court's July 1, 2025, order [Doc. 96] be taken off the calendar.

    Thank you for your consideration of this matter.

                                                  Respectfully submitted,

                                                  */s/ John E. Bellus, Jr.*
                                                  John E. Bellus, Jr.

cc: All counsel of record (via ECF)

---

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated:** 7/18/2025

The conference scheduled for 8/13/25 is canceled. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 94.

---