UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDGEWOOD PARTNERS INSURANCE CENTER INC.,

                    Plaintiff,

        -v-                                                CIVIL ACTION NO.: 22 Civ. 6957 (VF)

                                                                   **ORDER**

PPD DEVELOPMENT, L.P.,

                    Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

        The Court is in receipt of Defendant's request to have their client representative appear

by video conference or telephone (ECF No. 99) and Plaintiff's opposition to that request.  (ECF

No. 100).  The Court is unable to accommodate a settlement conference with a hybrid in-

person/video format, and finds that a telephonic connection would not be sufficient to ensure

the meaningful participation of Defendant's representative.  Accordingly, Defendant's request is

DENIED and all client representatives must appear in-person.

Dated:        New York, New York
              July 23, 2025

                                        SO ORDERED.

                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**