UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EDGEWOOD PARTNERS INSURANCE
CENTER INC. d/b/a EDGEWOOD PARTNERS
INSURANCE AGENCY, as successor in interest to
INTEGRO USA, INC.,

                        Plaintiff,

              -against-

PPD DEVELOPMENT, L.P.,

                        Defendant.
------------------------------------------------------------------X

22-CV-6957 (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      The parties are directed to file a letter with the Court informing the Court on the progress of settlement discussions no later than seven days after the conclusion of the settlement conference.

      **SO ORDERED.**

DATED:    New York, New York
               July 29, 2025

                                                             VALERIE FIGUEREDO
                                                             United States Magistrate Judge