UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EDGEWOOD PARTNERS INSURANCE
CENTER INC. d/b/a EDGEWOOD PARTNERS
INSURANCE AGENCY, as successor in interest to
INTEGRO USA, INC.,

                      Plaintiff,

        -against-

PPD DEVELOPMENT, L.P.,

                      Defendant.
------------------------------------------------------------------X

22-CV-6957 (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      As discussed during the telephone conference on August 5, 2025, the Court hereby sets the following briefing schedule for Plaintiff's motion for reconsideration at ECF No. 105: Defendant's opposition is due **August 22, 2025**; Plaintiff's reply is due **September 8, 2025**. With regards to the anticipated motion for leave to amend, the opening brief is due **August 29, 2025**; the opposition is due **September 23, 2025**; and the reply is due **October 6, 2025**.

      **SO ORDERED.**

DATED:    New York, New York
               August 5, 2025

                                                 VALERIE FIGUEREDO
                                                 United States Magistrate Judge