

**Shapiro Arato Bach** LLP

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Julian S. Brod
jbrod@shapiroarato.com
Direct: 212-257-4889

August 22, 2025

VIA ECF

Hon. Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Edgewood Partners Ins. Ctr. Inc. v. PPD Development, L.P., No. 1:22-cv-06957

Dear Judge Figueredo:

Defendant PPD Development, L.P., ("PPD") respectfully seeks leave to file under seal or with redactions portions of its submissions in opposition to EPIC's Motion for Reconsideration. In particular, PPD seeks to redact portions of its Memorandum in Opposition to Plaintiff's Motion for Reconsideration and to file under seal Exhibits A, D, E, and F of the Declaration of Julian Brod dated August 22, 2025.

The materials that PPD seeks to redact or file under seal include text of the confidential 2019 EPIC/PPD consulting agreement or describe the substance of that agreement or contain information regarding the amount of consulting fees owed or claimed to be owed under that agreement. Exhibits A, D, E, and F to the Brod Declaration are designated Confidential under the protective order at ECF 75. This Court has previously granted similar requests to seal. *See, e.g.*, ECF 32, 50, 79, 109.

Accordingly, PPD respectfully seeks leave to file under seal and/or with redactions the above referenced materials.

Respectfully submitted,

/s/ Julian S. Brod
Julian S. Brod

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: 8/25/25

The motion to seal the memorandum of law is GRANTED. The Clerk of Court is directed to maintain the viewing restrictions at ECF No. 113. With regards to the exhibits at ECF No. 114, the materials are provisionally sealed. PPD is directed to move to permanently seal the documents and make a showing under Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006) by September 29, 2025 to justify sealing the subject documents in their entirety. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 110.