

Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Julian S. Brod
jbrod@shapiroarato.com
Direct: 212-257-4889

October 31, 2025

VIA ECF

Hon. Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Edgewood Partners Ins. Ctr. Inc. v. PPD Development, L.P., No. 1:22-cv-06957

Dear Judge Figueredo:

Defendant PPD Development, L.P., ("PPD") respectfully seeks leave to file with limited redactions Exhibits 5-6 and to file under seal Exhibits 1-2, 7, 10, and 11 of its letter filed today.

The material PPD seeks to redact in Exhibits 5-6 contain text of the fee formula provided in the 2019 EPIC/PPD Consulting Agreement. The other exhibits are each spreadsheets containing data and/or calculations used in the calculation of the fee formula. The Court has previously granted EPIC's request to seal documents that quote the Consulting Agreement or that reference information used in the calculation of the performance fee. *See* ECF 50, 79,109, 121.

Respectfully submitted,

/s/ Julian S. Brod

Julian Brod

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: November 3, 2025**

Defendant's motion to seal is GRANTED. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 131.