

Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Julian S. Brod
jbrod@shapiroarato.com
Direct: 212-257-4889

June 26, 2026

VIA ECF

Hon. Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   Edgewood Partners Ins. Ctr. Inc. v. PPD Development, L.P., No. 1:22-cv-06957

Dear Judge Figueredo:

Defendant PPD Development, L.P., ("PPD") respectfully seeks leave to file with limited redactions or under seal certain exhibits to the Declaration of Julian S. Brod filed today in connection with PPD's Motion for Summary Judgment. In particular, PPD requests to file with limited redactions Exhibits 9 and 12 and to file under seal Exhibits 3 and 8 to the Brod Declaration.

Exhibits 3 and 8, which PPD seeks to file under seal, are (1) the 2019 PPD-EPIC Consulting Agreement (Exhibit 3); and (2) Exhibit 1 to the PPD-EPIC Consulting Agreement (Exhibit 8). The redacted material in exhibits 9 and 12 consists of the text or substantive description of the fee formula provided in the 2019 PPD-EPIC Consulting Agreement. The Court has previously granted EPIC's request to seal or redact such information. *See* ECF 50, 79, 109, 121, 134.

Respectfully submitted,

/s/ Julian S. Brod

Julian S. Brod

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: June 29, 2026**

The motion to seal is GRANTED for the reasons given in the Court's previous orders. See, e.g., ECF Nos. 50, 79. The Clerk of Court is respectfully directed to maintain the sealing at ECF No. 144 and close the motion at ECF No. 143.