Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Julian S. Brod
jbrod@shapiroarato.com
Direct: 212-257-4889

July 29, 2026

VIA ECF

Hon. Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Edgewood Partners Ins. Ctr. Inc. v. PPD Development, L.P., No. 1:22-cv-06957

Dear Judge Figueredo:

We write with the consent of plaintiff's counsel to request a one-week extension, from August 3 to August 10, 2026, of the deadline for each party to submit a reply in support of its respective cross-motion for summary judgment. *See* ECF 138 (setting briefing schedule). We request this extension because the attorneys for defendant PPD have had substantial professional commitments during the past week, including in other pending cases with deadlines. This is the first request for an extension of time related to the summary judgment briefing.

We have conferred with plaintiff's counsel, who have advised us that plaintiff consents to this request. We thank the Court for its continued attention to this matter.

Respectfully submitted,

/s/ Julian S. Brod

Julian S. Brod

MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: July 30, 2026**

The extension request is GRANTED. The Clerk of Court is respectfully directed to close the motion at ECF No. 160.